IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sexton, Derry | Case Number:  04 B 47261 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/17/09 | Filed:  12/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: January 9, 2009
Confirmed: February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,843.31 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 356.69 |
| Other Funds: | | 400.00 |
| Totals: | 7,600.00 | 7,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Midland Credit Management | Unsecured | 65.91 | 122.14 |
| 2. | Commonwealth Edison | Unsecured | 339.52 | 629.14 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 707.50 | 1,311.04 |
| 4. | City of Evanston | Unsecured | 2.00 | 3.71 |
| 5. | Asset Acceptance | Unsecured | 109.22 | 202.39 |
| 6. | Ford Motor Credit Corporation | Unsecured | 2,205.99 | 4,088.02 |
| 7. | Peoples Energy Corp | Unsecured | 60.23 | 111.62 |
| 8. | Sallie Mae | Unsecured | 5,158.82 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 202.51 | 375.25 |
| 10. | Diversified Emer Serv | Unsecured | | No Claim Filed |
| 11. | FW LLC | Unsecured | | No Claim Filed |
| 12. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | FNB Omaha | Unsecured | | No Claim Filed |
| 16. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 19. | CBCS | Unsecured | | No Claim Filed |
| 20. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 21. | American Collection Corp | Unsecured | | No Claim Filed |
| 22. | Abacus Financial | Unsecured | | No Claim Filed |
| 23. | American Express | Unsecured | | No Claim Filed |
| 24. | Ameritech | Unsecured | | No Claim Filed |
| 25. | Chase Manhattan | Unsecured | | No Claim Filed |
| 26. | University Of Illinois Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Sexton, Derry

Printed: 03/17/09

Case Number:  04 B 47261
Judge:  Wedoff, Eugene R
Filed:  12/23/04

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Coldata Inc | Unsecured | | No Claim Filed |
| 28. | IMC Property Management | Unsecured | | No Claim Filed |
| 29. | Earthlink | Unsecured | | No Claim Filed |
| 30. | Bally's Health Club | Unsecured | | No Claim Filed |
| 31. | Corporate Collection Service | Unsecured | | No Claim Filed |
| 32. | M S Valley Gas | Unsecured | | No Claim Filed |
| 33. | Pioneer Credit | Unsecured | | No Claim Filed |
| 34. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 35. | Norwest Financial | Unsecured | | No Claim Filed |
| 36. | Secretary Of State | Unsecured | | No Claim Filed |
| 37. | Robert J Adams & Associates | Unsecured | | No Claim Filed |
| 38. | RCN | Unsecured | | No Claim Filed |
| 39. | Macey & Aleman | Unsecured | | No Claim Filed |
| 40. | Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| | | | $ 8,851.70 | $ 6,843.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 39.04 |
| 3% | 18.65 |
| 5.5% | 83.70 |
| 5% | 43.71 |
| 4.8% | 47.96 |
| 5.4% | 96.62 |
| 6.5% | 40.22 |
| 6.6% | (13.21) |
| | $ 356.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: